**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| YYZ, LLC, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 13-cv-581-SLR |
| v. | § | |
| | § | |
| PEGASYSTEMS INC., | § | |
|     Defendant. | § | |
| | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2013, a copy of Plaintiff's Responses and Objections to Defendant Pegasystems Inc.'s First Set of Requests for Production to Plaintiff YYZ, LLC (Nos. 1-44) was served on the following via electronic mail:

| | |
|---|---|
| Francis DiGiovanni | Kent E. Baldauf, Jr. |
| Thatcher A. Rahmeier | James J. Bosco |
| NOVAK DRUCE CONNOLLY BOVE + | Bryan P. Clark |
| QUIGG LLP | THE WEBB LAW FIRM |
| 1007 North Orange Street | kbaldaufjr@webblaw.com |
| P.O. Box 2207 | jbosco@webblaw.com |
| Wilmington, Delaware 19899 | bclark@webblaw.com |
| frank.digiovanni@novakdruce.com | |
| thatcher.rahmeier@novakdruce.com | |
| | |
| *Attorneys for Pegasystems Inc.* | *Attorneys for Pegasystems Inc.* |

Dated: December 3, 2013

Respectfully submitted,

FARNAN LLP

*/s/Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Jacqueline K. Burt (*pro hac vice*)
James F. McDonough, III (*pro hac vice*)
Jonathan R. Miller (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, 0869, 0863
Facsimile: (205) 547-5502, 5504, 5506
jburt@hgdlawfirm.com
jmcdonough@hgdlawfirm.com
jmiller@hgdlawfirm.com

Steven W. Ritcheson (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@hgdlawfirm.com

M. Blair Clinton (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 327-9116
Facsimile: (205) 380-8082
bclinton@hgdlawfirm.com

René A. Vazquez (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
18326 Buccaneer Terrace
Leesburg, Virginia 20176
Telephone: (571) 206-1375
Facsimile: (205) 327-9114
rvazquez@hgdlawfirm.com

*Attorneys for Plaintiff YYZ, LLC*