

August 11, 2014

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 North King Street, Unit 31
Wilmington, DE 19801

      RE:   *YYZ, LLC v. Hewlett-Packard Company*,
              C.A. No. 13-cv-136-SLR
              *YYZ, LLC v. Adobe Systems, Inc.*,
              C.A. No. 13-cv-579-SLR
              *YYZ, LLC v. Pegasystems, Inc.*,
              <u>C.A. No. 13-cv-581-SLR</u>

Dear Judge Robinson:

      Pursuant to the Court's oral order on April 29, 2014, Plaintiff YYZ, LLC and Defendants Adobe Systems, Inc., Hewlett-Packard Company and Pegasystems, Inc. hereby file this proposed joint agenda for the status conference to be held on August 11, 2014 at 4:00 p.m. The parties have met and conferred but have not reached agreement on these issues.

<u>**Issues Applicable to All Defendants**</u>:

1. **Identification of asserted claims**
2. **Limitations on claim terms to address in claim construction briefing**
3. **Identification of prior art references**
4. **Production of documents relating to commercial success**
5. **Motions to Amend**

      There exist no issues specific to YYZ and any particular defendant that are ripe for presentation to the Court at this time.

                                                  Respectfully submitted,

                                                  /s/ Michael J. Farnan

                                                  Michael J. Farnan

cc:     All Counsel of Record (via E-Filing)