IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YYZ, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-136-SLR |
| HEWLETT-PACKARD COMPANY, | ) ) ) | |
| Defendant. | ) | |
| YYZ, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-579-SLR |
| ADOBE SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |
| YYZ, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-581-SLR |
| PEGASYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 14th day of November, 2014,

IT IS ORDERED that an in-person status conference shall be held on **Thursday, January 22, 2015 at 3:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs

Federal Building, 844 King Street, Wilmington, Delaware.

 _____
 United States District Judge