**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| YYZ, LLC,<br>      Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>      Defendant. | C.A. No. 13-cv-136-SLR |
| YYZ, LLC,<br>      Plaintiff,<br>v.<br><br>ADOBE SYSTEMS, INC.,<br>      Defendant. | C.A. No. 13-cv-579-SLR |
| YYZ, LLC,<br>      Plaintiff,<br>v.<br><br>PEGASYSTEMS, INC.,<br>      Defendant. | C.A. No. 13-cv-581-SLR |

**PLAINTIFF'S CROSS-MOTION FOR
SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT
ARE NOT INVALID UNDER 35 U.S.C. § 101**

Plaintiff YYZ, LLC (hereinafter, "YYZ"), through its undersigned counsel, hereby cross-moves for Summary Judgment that the asserted claims of the Patents-in-Suit are <u>not</u> invalid under 35 U.S.C. § 101, pursuant to Fed. R. Civ. P. 56. Whereas duly-issued patents are entitled to a presumption of validity under 35 U.S.C. § 282 and the Defendants in the above-styled cases, Hewlett-Packard Company (hereinafter, "H-P"), Adobe Systems, Inc. (hereinafter, "Adobe"), and Pegasystems, Inc. (hereinafter, "Pegasystems") (collectively, "Defendants") have not overcome that presumption by clear and convincing evidence, YYZ asks for an Order GRANTING its Cross-Motion. In support, YYZ provides "YYZ's Brief In Support Of Its

Opposition To Defendants' Motion For Summary Judgment That The Asserted Claims Of The Patents-In-Suit Are Invalid Under 35 U.S.C. § 101 And Cross-Motion For Summary Judgment That The Claims Are Not Invalid Under 35 U.S.C. § 101" and the Declaration of Jonathan R. Miller in support and the Exhibits attached thereto, filed concurrently herewith.

Date:   February 27, 2015                             Respectfully submitted,

**FARNAN LLP**

 */s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jacqueline K. Burt (admitted *pro hac vice*)
Joseph J. Gleason (admitted *pro hac vice*)
James F. McDonough, III (admitted *pro hac vice*)
Jonathan R. Miller (admitted *pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia  30339
Telephone: (404) 996-0861
Facsimile: (205) 547-5502

Steven W. Ritcheson (admitted *pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

M. Blair Clinton (admitted *pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 327-9116
Facsimile: (205) 380-8082

René A. Vazquez (admitted *pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
18326 Buccaneer Terrace
Leesburg, Virginia 20176
Telephone: (571) 206-1375
Facsimile: (205) 327-9114

*Attorneys for Plaintiff YYZ, LLC*