IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YYZ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-136-SLR |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| YYZ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-579-SLR |
| | ) | |
| ADOBE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| YYZ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-581-SLR |
| | ) | |
| PEGASYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 8th day of October, 2015, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

2

1. Defendants' motions for summary judgment of invalidity (Civ. No. 13-136, D.I. 115; Civ. No. 13-579, D.I. 116; Civ. No. 13-581, D.I. 111) are granted.

2. Plaintiff's cross-motions for summary judgment of validity (Civ. No. 13-136, D.I. 121; Civ. No. 13-579, D.I. 122; Civ. No. 13-581, D.I. 117) are denied.

3. Defendant's motions to strike the expert declaration (Civ. No. 13-136, D.I. 129; Civ. No. 13-579, D.I. 131; Civ. No. 13-581, D.I. 125) are denied as moot.

4. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

                                              /s/ [signature]
United States District Judge